UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRANCE NAPOLEON | CIVIL ACTION |
| VERSUS | |
| DARRAL VANNOY | NO. 20-00866-BAJ-SDJ |

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation,** recommending that the Court decline the exercise of supplemental jurisdiction over any potential state law claims, and dismiss this action, without prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 4). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 20th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**